# Court of Appeals
# of the State of Georgia

ATLANTA,  September 22, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0159.  WILLIAM A. COFER v. GERMAN AMERICAN CAPITAL CORPORATION.**

On June 3, 2014, the trial court entered default judgment in favor of plaintiff German American Capital Corporation. On July 7, 2014, defendant William A. Cofer filed a notice of appeal to this Court. We lack jurisdiction because the appeal is untimely. A notice of appeal must be filed within 30 days after the entry of the trial court's order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Here, Cofer filed his notice of appeal 34 days after the trial court's order was entered. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/22/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*